UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF BLACKWATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-2000 (ESH) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) THE INTERIOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties' Cross-Motions for Summary Judgment, defendant's opposition and plaintiff's reply, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment is **GRANTED** and defendants' motion is **DENIED**; and it is

**FURTHER ORDERED** that on or before November 4, 2005, defendant shall conduct an adequate search of the leadership offices of the Fish and Wildlife Service or submit an affidavit explaining the adequacy of its previous search of those offices and why it failed to turn up documents that reasonably could be expected to be located there; and it is

**FURTHER ORDERED** that defendant shall conduct a search of the Office of the Secretary of the Interior and produce all responsive, nonexempt documents on or before November 4, 2005.

**SO ORDERED.**

                                                                                                                 s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date:  September 20, 2005